## STATE OF CONNECTICUT *v.* PHILLIP TATE
### (AC 21292)

Lavery, C. J., and Foti and Dupont, Js.

Argued May 31—officially released June 18, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* CHARLES DAVID CARR
### (AC 21940)

Lavery, C. J., and Dranginis and Daly, Js.

Argued June 4—officially released July 2, 2002

Per Curiam. The judgment is affirmed.

## FREDERICK B. CORNELIUS *v.* BANKBOSTON, N.A.
### (AC 21836)

Lavery, C. J., and Dranginis and Daly, Js.

Argued June 4—officially released July 2, 2002

Per Curiam. The judgment is affirmed.

## JUDITH M. WARD *v.* LAWRENCE J. WARD
### (AC 21477)

Lavery, C. J., and Foti and Dranginis, Js.

Argued June 5—officially released July 2, 2002

Per Curiam. The judgment is affirmed.